JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL DIAZ PEREZ, | ) | No. CV 18-3457 JFW (FFM) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE, *et al.*, | ) ) ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: November 13, 2018

_____
JOHN F. WALTER
United States District Judge